1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  Federal Courthouse
   2500 Tulare St., Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,)   Case No. 1:07-mj-00233 DLB
                            )
12              Plaintiff,) STIPULATION TO CONTINUE
                            )   PRELIMINARY HEARING
13         v.               )
                            )
14 ALBERT MUHAMMAD,         )
                            )
15              Defendant   )
   _____)
16

17     IT IS HEREBY STIPULATED by and between the parties hereto

18 and through their attorneys of record that the preliminary

19 hearing presently scheduled before the Honorable Dennis L. Beck

20 for November 27, 2007  be continued to December 7, 2007.

21     All parties herein, through their respective counsel have

22 been contacted regarding the requested continuance and concur

23 with this request.

24     Pursuant to Rule 5.1(d), FRCP, the defendant specifically

25 agrees to extend the requirement that his preliminary hearing be

26 held within ten days of his arrest pursuant to Rule 5.1(c), FRCP.

27 The defendant agrees that there is good cause to extend the ten

28 day requirement.

                                   1

```
 1       IT IS SO STIPULATED:

 2
   Dated: November 20, 2007        McGregor W. Scott
 3                                 United States Attorney

 4                                  /s/ Kimberly A. Sanchez
                                   By: KIMBERLY A. SANCHEZ
 5                                     Assistant U.S. Attorney

 6 Dated: November 20, 2007         /s/ James Homola
                                   JAMES HOMOLA
 7                                 Attorney for Defendant
                                   ALBERT MUHAMMAD
 8

 9

10       IT IS SO ORDERED.

11     Dated:   November 20, 2007          /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE
```