```
1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
6
7
8         IN THE UNITED STATES DISTRICT COURT FOR THE
9                 EASTERN DISTRICT OF CALIFORNIA
10
11
                                    )   1:07-mj-00233
12  IN THE MATTER OF:               )
                                    )
13  UNITED STATES,                  )
                                    )   ORDER TO UNSEAL CASE,
14            Plaintiff             )   EXCEPT DOCUMENTS 1 AND 2
                                    )
15       v.                         )
                                    )
16  CHARLES MUHAMMAD, et al.        )
                                    )
17            Defendants
18
19       This case having been sealed by Order of this Court pursuant
20  to Rule 6(e) of the Federal Rules of Criminal Procedure, and it
21  appearing that it no longer need remain secret except for
22  Documents 1 and 2,
23       IT IS HEREBY ORDERED that the case be unsealed and made
24  public record, except for those documents recorded on the docket
25  as Documents 1 and 2.
26  DATED: 12/7/07
27                                   _____
                                     GARY AUSTIN
                                     U.S. Magistrate Judge
28
```