JAMES R. HOMOLA   #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for
ALBERT MUHAMMAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR F 07-254 LJO |
| Plaintiff, | ORDER TO |
| vs. | SEAL REPORT |
| ALBERT MUHAMMAD, | |
| Defendant. | |

Upon stipulation of the parties, and based upon the personal nature of information to be contained therein, the report of Dr. Howard B. Terrel is hereby ordered sealed until further order of this court.

IT IS SO ORDERED.

Dated:   December 4, 2008          /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE

James R. Homola
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111