```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for
ALBERT MUHAMMAD
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR F 07-254 LJO |
| Plaintiff, | ORDER AFTER HEARING |
| vs. | |
| ALBERT MUHAMMAD, | |
| Defendant. | |

DEFENDANT'S MOTION requesting a Psychiatric Examination and Hearing, pursuant to 18 U.S.C. §§4241(b) was presented on November 24, 2008, before the Honorable Judge Lawrence J. O'Neill.  After review of the pleadings and hearing discussion on the matter, wherein the government declined to oppose the motion, the Court found good cause and issued the following Order:

1. The motion requesting examination to determine the Defendant's competence to stand trial is granted.

2. All criminal proceedings shall be suspended pending the conclusion of the psychiatric examination and issuance of the

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

1     report on the Defendant's competence to stand trial.
2 3.  Defendant's counsel shall select and contact the examining psychiatrist, and make arrangements for the examination.
4 4.  The status hearing shall be continued to January 9, 2009, at 8:30 am in Courtroom 4.

IT IS SO ORDERED.

**Dated:   December 4, 2008**               **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111