1 JAMES R. HOMOLA   #60244
  Attorney at Law
2 2950 Mariposa, Suite 250
  Fresno, California 93721
3 Telephone: (559) 441-7111

4 Attorney for
  ALBERT MUHAMMAD

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8                         *   *   *   *   *

9                                    |
  UNITED STATES OF AMERICA,          |     Case No. CR F 07-254 LJO
10                                   |
            Plaintiff,               |     ORDER AFTER HEARING
11 vs.                               |
                                     |
12                                   |
  ALBERT MUHAMMAD,                   |
13                                   |
         Defendant.                  |
14 _____    |

15 DEFENDANT'S MOTION requesting a Psychiatric Examination and

16 Hearing, pursuant to 18 U.S.C. §§4241(b) was presented on November

17 24, 2008, before the Honorable Judge Lawrence J. O'Neill.  After

18 review of the pleadings and hearing discussion on the matter,

19 wherein the government declined to oppose the motion, the Court

20 found good cause and issued the following Order:

21 1.   The motion requesting examination to determine the

22      Defendant's competence to stand trial is granted.

23 2.   All criminal proceedings shall be suspended pending the

24      conclusion of the psychiatric examination and issuance of the

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

1    report on the Defendant's competence to stand trial.

2  3.    Defendant's counsel shall select and contact the examining

3       psychiatrist, and make arrangements for the examination.

4  4.    The status hearing shall be continued to January 9, 2009, at

5       8:30 am in Courtroom 4.

6

7

8

9

10

11

12

13    IT IS SO ORDERED.

14    **Dated:   December 4, 2008**                          **/s/ Lawrence J. O'Neill**
                                                             UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111