```
JAMES R. HOMOLA   #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
ALBERT MUHAMMAD
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case No. 07-0254 LJO |
| vs. | STIPULATION AND |
| ALBERT MUHAMMAD | ORDER TO CONTINUE |
| Defendant. | |

Defendant ALBERT MUHAMMAD by and through his attorney James R. Homola, and the united States of America, by and through its attorney, KIM SANCHEZ, Assistant U.S. Attorney, hereby stipulate to the following joint request:

That the hearing scheduled for July 2, 2009 be continued to July 17, 2009 at 9:00 am.  The continuance is requested to permit the completion of a plea agreement between the parties.

DATED: June 30, 2009

```
/s/ James R. Homola              /S/ Kimberly A. Sanchez
JAMES R. HOMOLA                  KIMBERLY A. SANCHEZ
Attorney for Defendant           Assistant U.S. Attorney
```

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

ALBERT MUHAMMAD

## ORDER

The 9 a.m calendar on the date requested is crowded.  The request is granted, HOWEVER, the matter is continued to 8:45 a.m. on July 17, 2009.  The intervening period of delay is excused in the interests of justice, pursuant to 18 USC §3161(h)(8)(B)(iv).  Trial date remains unaffected.

IT IS SO ORDERED.

**Dated:   July 1, 2009**                                   /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
    Suite 250
Fresno, CA 93721
(559) 441-7111