JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for
ALBERT MUHAMMAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR F 07-254 LJO |
| Plaintiff, | ORDER |
| vs. | |
| ALBERT MUHAMMAD, | |
| Defendant. | |

DEFENDANT'S MOTION requesting a Psychiatric Re-Examination and Hearing, pursuant to 18 U.S.C. §§4241(b) was presented on July 17, 2009 before the Honorable Judge Lawrence J. O'Neill.  After review of the pleadings and hearing discussion on the matter, wherein the government declined to oppose the motion, the Court found good cause and issued the following Order:

1. The motion requesting examination to determine the Defendant's competence to stand trial is granted.

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

2. All criminal proceedings shall be suspended pending the conclusion of the psychiatric examination and issuance of the report on the Defendant's competence to stand trial.
3. Defendant's counsel shall contact the examining psychiatrist, Howard Terrell, and make arrangements for the examination.
4. The status hearing shall be continued to July 31, 2009, at 8:45 am in Courtroom 4.

IT IS SO ORDERED.

**Dated:   July 17, 2009**                              /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111