```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
ALBERT MUHAMMAD
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case No. 07-0254 LJO |
| vs. | |
| ALBERT MUHAMMAD | STIPULATION AND PROPOSED ORDER TO CONTINUE |
| Defendant. | |

    Defendant ALBERT MUHAMMAD by and through his attorney James R. Homola, and the united States of America, by and through its attorney, KIM SANCHEZ, Assistant U.S. Attorney, hereby stipulate to the following joint request:

    That the hearing scheduled for August 14, 2009 be continued to August 28, 2009 at 9:00 am.  The continuance is requested to permit the completion of the psychiatric report for which Mr.

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

MUHAMMAD was referred by a previous act of the Court, and for the review of same by the parties, upon the return of counsel for the government from a scheduled absence.

DATED: August 13, 2009

```
/s/ James R. Homola            /S/ Kimberly A. Sanchez
JAMES R. HOMOLA                KIMBERLY A. SANCHEZ
Attorney for Defendant         Assistant U.S. Attorney
ALBERT MUHAMMAD
```

**ORDER**

**IT IS SO ORDERED.** The intervening period of delay is excused in the interests of justice, pursuant to 18 USC §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   August 13, 2009**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111